JSW

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

FILED 12 AM 10: 23 RICHARD W. WIEKING

Name Rood John

(Last) (First) (Initial)

Prisoner Number

Institutional Address 35 County Center

**JSW**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CV 08 2415 (PR)**

John Alexander Rood
(Enter the full name of plaintiff in this action.)

vs.

BUTTE COUNTY JAIL
(Enter the full name of the defendant(s) in this action)

Case No.
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement BUTTE County Jail

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (✓) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal [illegible]

[illegible]

2. First formal level

3. Second formal level

4. Third formal level

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. N/A

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

John Reed

35 [illegible] Dr.

[illegible]

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

John [illegible]

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I John Reed was [illegible] [illegible] [illegible] hand [illegible] [illegible] dangerous to the [illegible] [illegible] Illegally in [illegible] [illegible] was charged [illegible] [illegible] charge [illegible] and [illegible] [illegible]

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I request $250.00 for each day of confinement from Dec 18 2004 [illegible] [illegible]

______________________________________________________________

______________________________________________________________

______________________________________________________________

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of April, 2008

______________________________
(Plaintiff's signature)

PROOF OF SERVICE

I hereby declare that I am over the age of 18 years of age, a resident of the State of California and a party/not a party (mark one out) to the within cause of action. That on this date I did cause a true and correct copy of ________ to be served on the parties to the action by:

✓ depositing same in the U.S. Mail with first class postage prepaid and addressed as follows:

_____ delivering same in person to the address as follows and placing into the control of the below listed party or their representative;

EXECUTED THIS 12 DAY OF Apr, 199__, UNDER PENALTY OF PERJURY IN Butte County, CALIFORNIA.

John Rood

Declarant