FILED
08 MAY 12 AM 10:28
RICHARD W. WIEKING
U.S. DISTRICT COURT
[ILLEGIBLE] CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John A. Rord
　　　　Plaintiff,

vs.

BUTTE County Jail
　　　　Defendant.

CASE NO. _CV 08 2415 JSW (PR)_
(handwritten: CM022 07, CM02425?, SCR 430?)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, John Rood, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?　　Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _N/A_　　Net: _N/A_

Employer: _N/A_

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received. (If you are imprisoned, specify the last place of
2 | employment prior to imprisonment.)
3 | _____SSI_____
4 | _____
5 | _____

6 | 2. Have you received, within the past twelve (12) months, any money from any of the following
7 | sources:
8 |     a.    Business, Profession or          Yes ____ No ✓
9 |           self employment
10 |     b.    Income from stocks, bonds,      Yes ____ No ✓
11 |           or royalties?
12 |     c.    Rent payments?                 Yes ____ No ✓
13 |     d.    Pensions, annuities, or          Yes ____ No ✓
14 |           life insurance payments?
15 |     e.    Federal or State welfare payments,   Yes ____ No ✓
16 |           Social Security or other govern-
17 |           ment source?
18 | If the answer is "yes" to any of the above, describe each source of money and state the amount
19 | received from each.
20 | _____N/A_____
21 | _____
22 | 3. Are you married?                         Yes ____ No ✓
23 | Spouse's Full Name: ____N/A_____
24 | Spouse's Place of Employment: ____N/A____
25 | Spouse's Monthly Salary, Wages or Income:
26 | Gross $____N/A_____ Net $____N/A____
27 | 4.    a.    List amount you contribute to your spouse's support:$ ___N/A___
28 |     b.    List the persons other than your spouse who are dependent upon you for support

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   _____N/A_____
4   _____
5   5.   Do you own or are you buying a home?   Yes ___ No ✓
6   Estimated Market Value: $__N/A__  Amount of Mortgage: $__N/A__
7   6.   Do you own an automobile?   Yes ✓ No ___
8   Make __Volkswagen__ Year __1971__ Model __Super-beetle__
9   Is it financed? Yes ___ No ✓  If so, Total due: $ __N/A__
10  Monthly Payment: $ __N/A__
11  7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
12  Name(s) and address(es) of bank: __Tri Counties Bank__
13  _____
14  Present balance(s): $ __≈ 2,000.00__
15  Do you own any cash? Yes ___ No ✓ Amount: $ __N/A__
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.) Yes ___ No ✓
18  _____
19  8.   What are your monthly expenses?
20  Rent: $ __250.00__           Utilities: __00.00__
21  Food: $ __50.00__            Clothing: __50.00__
22  Charge Accounts:
23  Name of Account      Monthly Payment      Total Owed on This Acct.
24  __N/A__           $ __N/A__           $ __N/A__
25  __N/A__           $ __N/A__           $ __N/A__
26                    $                   $
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

1  N/A
2
3  10.   Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?   Yes ✓    No ___
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  N/A
8
9       I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  4/12/2008                              [signature]
15       DATE                           SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2                                                                    Case Number: _____
3
4
5
6
7
8                                      **CERTIFICATE OF FUNDS**
9                                                   **IN**
10                                       **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____John Rood_____ for the last six months at
14                                              [prisoner name]
15   __BUTTE COUNTY JAIL__ where (s)he is confined.
16       [name of institution]
17       I further certify that the average deposits each month to this prisoner's account for the most
18   recent 6-month period were $ __480.00__ and the average balance in the prisoner's account
19   each month for the most recent 6-month period was $ __5.00__.
20
21   Dated: __4/17/2008__                        _____John Rood_____
22                                                [Authorized officer of the institution]
23
24
25
26
27
28

- 5 -