```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA

      John A. Rood
                    Plaintiff,        CASE NO. _____

      vs.                             PRISONER'S
                                      APPLICATION TO PROCEED
      BUTTE COUNTY JAIL               IN FORMA PAUPERIS
                    Defendant.
```

I, **John Rood**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A   Net: N/A

Employer: N/A

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

SSI

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment — Yes ___ No ✓
   b. Income from stocks, bonds, or royalties? — Yes ___ No ✓
   c. Rent payments? — Yes ___ No ✓
   d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓
   e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married? — Yes ___ No ✓

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:
Gross $ N/A    Net $ N/A

4. a. List amount you contribute to your spouse's support: $ N/A
   b. List the persons other than your spouse who are dependent upon you for support

1 and indicate how much you contribute toward their support. (NOTE: For minor
2 children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3 _N/A_____
4 _____

5. Do you own or are you buying a home?  Yes ___ No _✓_
Estimated Market Value: $ _N/A_  Amount of Mortgage: $ _N/A_
6. Do you own an automobile?  Yes _✓_ No ___
Make _Volkwagen_ Year _1971_ Model _Super-beetle_
Is it financed? Yes ___ No _✓_ If so, Total due: $ _N/A_
Monthly Payment: $ _N/A_
7. Do you have a bank account? Yes _✓_ No ___ (Do not include account numbers.)
Name(s) and address(es) of bank: _Tri County Bank_
_____
Present balance(s): $ _≈ 2,000.00_
Do you own any cash? Yes ___ No _✓_ Amount: $ _N/A_
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _✓_
_____

8. What are your monthly expenses?
Rent: $ _250.00_  Utilities: _00.00_
Food: $ _50.00_  Clothing: _50.00_
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1  N/A
2
3  10.    Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?  Yes ✓  No ___
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  N/A
8
9       I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  4/12/2008                              [signature]
15       DATE                              SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **John Rood** for the last six months at

**BUTTE COUNTY JAIL** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **480.00** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **$0.00** .

Dated: **4/17/2008**      _____
                         [Authorized officer of the institution]

- 5 -