IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ALEXANDER ROOD, | ) | No. C 08-2415 JSW (PR) |
| Plaintiff, | ) | **ORDER OF TRANSFER** |
| vs. | ) | |
| BUTTE COUNTY JAIL, | ) | (Docket Nos. 2 & 4) |
| Defendants. | ) | |

  Plaintiff, an inmate at Butte County Jail, has filed this civil rights action under 42 U.S.C § 1983 against the jail complaining of the conditions of his confinement and of his imprisonment at the jail. Butte County is located within the venue of the United States District Court for the Eastern District of California.

  When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

  Plaintiff brings his claims against the Butte County Jail about actions or omissions

1 | taken in Butte County, within the venue of the Eastern District of California. *See* 28
2 | U.S.C. § 84. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28
3 | U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court
4 | for the Eastern District of California. In light of the transfer, the Court will not resolve
5 | Petitioner's pending motions to proceed *in forma pauperis* (docket no. 2) and for
6 | appointment of counsel (docket no. 4). The Clerk of the Court shall transfer this matter
7 | forthwith and terminate docket nos. 2 and 4 from this Court's docket.
8 |     IT IS SO ORDERED.
9 | DATED: June 3, 2008

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

JOHN A. ROOD,

    Plaintiff,

v.

BUTTE COUNTY JAIL et al,

    Defendant.

Case Number: CV08-02415 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Alexander Rood
35 County Center Drive
Oroville, CA 95965

Dated: June 3, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk